748

No. 497. FORT WORTH PROPERTIES CORP. *v.* IRVING TRUST CO., TRUSTEE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses Cohen* for petitioner. *Mr. William J. Donovan* for respondent. 

No. 498. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* CHRISTIAN GANAHL CO. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Reed* for petitioner. *Mr. Llewellyn A. Luce* for respondent. 

No. 500. IRVING TRUST CO., TRUSTEE, *v.* HIPPODROME BUILDING CO. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Donovan* for petitioner. *Mr. John E. Morley* for respondent. 

No. 501. MORLEY CONSTRUCTION CO. ET AL. *v.* MARYLAND CASUALTY CO. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs Spencer F. Harris* and *Paul G. Koontz* for respondent. 

No. 503. ELECTRO THERMAN CO. *v.* FEDERAL TRADE COMMISSION. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Daniel N. Dougherty* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.